UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| VALINSIA JONES | CIVIL ACTION |
| VERSUS | NO. 17-5324 |
| NANCY A. BERRYHILL, ACTING COMMISSIONER OF SOCIAL SECURITY | SECTION "B" (2) |

## ORDER

The Court, after considering the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and finding that as of this date defendant has filed no objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion. Accordingly, **IT IS ORDERED** that the decision of the Commissioner is **REVERSED** and that this matter is **REMANDED** for further proceedings consistent with this report and recommendation, including, if the Commissioner deems it necessary, obtaining additional evidence in the form of clarification from plaintiff's treating physician(s), a consultative examination, medical expert testimony and/or vocational expert testimony. 20 C.F.R. § 404.983.

New Orleans, Louisiana, this 13th day of March, 2018.

_____
SENIOR UNITED STATES DISTRICT JUDGE